■ BARBARA TABONI, Appellant, v KALEIDA HEALTH et al., Respondents. [45 NYS3d 843]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered

November 2, 2015. The order granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.